The Honorable Judge Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR11-5545BHS |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING UNITED STATES' MOTION TO FILE A BRIEF IN EXCESS OF TWELVE PAGES |
| FABIAN GODINEZ-OSEGUERA, | ) | |
| Defendant. | ) | |

The Court, having reviewed the Government's unopposed Motion to File a Brief in Excess of Twelve Pages, enters the following order:

IT IS HEREBY ORDERED that the Motion is GRANTED. The United States may file its Memorandum in Support of Motion in Limine that exceeds twelve pages.

DATED this 5th day of January, 2012.

_____
BENJAMIN H. SETTLE
United States District Judge

PRESENTED BY:

*s/ Donald M. Reno, Jr.*
DONALD M. RENO, JR.
Assistant United States Attorney

ORDER GRANTING GOVT'S MOTION TO FILE
A BRIEF IN EXCESS OF TWELVE PAGES - 1