JUDGE SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR11-05545 BHS |
| Plaintiff, ) | |
| vs. ) | ORDER GRANTING MOTION TO WITHDRAW AND ALLOWING SUBSTITUTION OF COUNSEL |
| FABIAN GODINEZ-OSEGUERA, ) | |
| Defendant. ) | |

Upon motion of defense counsel, Michael Schwartz, for leave to withdraw as counsel for FABIAN GODINEZ-OSEGUERA, and the supporting affidavit of counsel filed herein, the Court hereby

ORDERS that Michael Schwartz is hereby allowed to withdraw as counsel for the defendant; and it is further

ORDERED that the Criminal Justice Administration appoint substitute counsel.

DATED this 17th day of July, 2012.

_____
Honorable Benjamin H. Settle

Presented by:

LAW OFFICES OF MICHAEL SCHWARTZ, Inc.

By: _____/s/_____
Michael E. Schwartz, WSBA #21824
    Attorney for Defendant